1 
2 
3 
4 
5 
6 
7 
8 UNITED STATES DISTRICT COURT 
9 EASTERN DISTRICT OF CALIFORNIA 
10 
11 CORNEL JACKSON, 1:19-cv-01591 EPG (PC) 

12 Plaintiff, 
 ORDER DENYING MOTION FOR 
13 v. APPOINTMENT OF COUNSEL 

14 JASON QUICK, et al., (ECF Nos. 4, 9, 13) 

15 Defendant. 

16 
17 On November 7, 2019, December 23, 2019, and February 24, 2020, Plaintiff filed motions 
18 seeking the appointment of counsel. (ECF Nos. 4, 9, 13). Plaintiff does not have a constitutional 
19 right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), 
20 and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). 
21 Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 
22 S.Ct. 1814, 1816 (1989). However, in certain exceptional circumstances the court may request 
23 the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525. 
24 Without a reasonable method of securing and compensating counsel, the court will seek 
25 volunteer counsel only in the most serious and exceptional cases. In determining whether 
26 exceptional circumstances exist, the “district court must evaluate both the likelihood of success of 
27 the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the 
28 complexity of the legal issues involved.” Id. (internal quotation marks and citations omitted). 
 4.49 LIN INE ENS OVO OR IRS Ie Aye ee 

1 In the present case, the court does not find the required exceptional circumstances. Even 
2 | if itis assumed that Plaintiff is not well versed in the law and that he has made serious allegations 
3 | which, if proved, would entitle him to relief, his case is not exceptional. This Court is faced with 
4 | similar cases almost daily. Further, the Court has already found that Plaintiff failed to state any 
5 | claims in his complaint, which does not indicate he will succeed on the merits. Based on a review 
6 | of the record in this case, the court does not find that plaintiff cannot adequately articulate his 
7 | claims. Id. 
g For the foregoing reasons, Plaintiff’s motions for the appointment of counsel are 
g | HEREBY DENIED, without prejudice. 
10 
 IT IS SO ORDERED. 
11 
12 | Dated: _ May 6, 2020 [see ey 
3 UNITED STATES MAGISTRATE JUDGE 

14 
15 
16 
17 
18 
19 
20 
21 
22 
23 
24 
25 
26 
27 
28 >